■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC SCHMALL, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (McInerney, J.), imposed September 13, 1983. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Mangano, Thompson and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL SEPULVEDA, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Edelstein, J.), rendered June 9, 1982, convicting him of attempted criminal possession of a weapon in the third degree upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Lazer, Thompson and Boyers, JJ., concur.